

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2018

No. 04-18-00495-CV

Patrick **MINOR**,
Appellant

v.

Benjamin **MAYO**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-11603
Honorable David Peeples, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

Appellant's motion for reconsideration is DENIED.

It is so ORDERED on December 3, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court